UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LOUIS ALFORD,<br><br>           Plaintiff,<br><br>      v.<br><br>KAMALA HARRIS, et al.,<br><br>           Defendants. | No.  2:21-cv-00188-CKD P<br><br><br>ORDER |

Having failed to submit the required declaration to initiate this action after being declared a vexatious litigant by order dated September 21, 1998 in <u>Alford v. Lakers</u>, 2:98-cv-00878-GEB-GGH (E.D. Cal.), IT IS HEREBY ORDERED that:

1. The Clerk of Court strike the complaint and motion to proceed in forma pauperis from the docket and return the documents to plaintiff.

2. This case is closed.

Dated:  February 16, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1